**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------X
**Jeremy MILLUL**,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __5/20/2020_____

                    Petitioner,


                                                    20 Civ. 3466 (ALC)


          - against -                          **ORDER**


**William BARR**, in his official
capacity as the Attorney General
of the United States; and **Chad**
**WOLF**, in his official capacity
as Acting Secretary of
Homeland Security,

                    Respondents.
--------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

On May 20, 2020, a hearing was held in the above matter on the issue of venue and

jurisdiction.  For the reasons stated on the record, the Court hereby **ORDERS** that this matter be

transferred to the Middle District of Pennsylvania. Given the time sensitivity of Petitioner's claims,

the Court waives the seven-day waiting period customarily afforded under Local Civil Rule 83.1

and directs the Clerk of Court to effectuate the transfer as soon as possible.

**SO ORDERED:**

Dated: New York, New York
          May 20, 2020

_____
Andrew L. Carter, Jr.
United States District Judge